UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN R. TAFT,<br><br>    Petitioner,<br><br>    v.<br><br>JOEL MARTINEZ,<br><br>    Respondent. | No. 2:18-cv-0564 AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

SO ORDERED.

DATED: March 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE