1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENJAMIN R. TAFT,                          No.  2:18-cv-0564 WBS AC P

12                  Petitioner,

13        v.                                    ORDER

14   JOEL MARTINEZ,

15                  Respondents.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 25, 2018, the magistrate judge filed findings and recommendations herein which

21   were served on petitioner and which contained notice to petitioner that any objections to the

22   findings and recommendations were to be filed within fourteen days.  ECF No. 5.  Petitioner has

23   not filed objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1.  The findings and recommendations filed April 25, 2018, are adopted in full;

28   ////

                                              1

1          2.  This action is dismissed as duplicative of Case No. 1:18-cv-0412 DAD JLT P.

2    Dated:  May 29, 2018

3    _____
     WILLIAM B. SHUBB
4    UNITED STATES DISTRICT JUDGE

5

6

7    Taft0564.800.hc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2